THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT MCCRAY.—

Concur — Eager, J. P., McGivern, Nunez, Steuer and Tilzer, JJ.

(September 24, 1970)

In the Matter of PETER JOSEPH HABERKORN, an Attorney.— Concur — Stevens, P. J., Capozzoli, Markewich, Nunez and Steuer, JJ.

(September 29, 1970)

In the Matter of the Claim of VICTORIA BECTON, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—

Concur — Stevens, P. J., Eager, McGivern and Nunez, JJ.

ATLANTIC REALTY & MANAGEMENT Co., Respondent, v. SAMUEL DORMAN, Appellant, et al., Defendant.—

No opinion. Concur — Stevens, P. J., Eager, Nunez, McNally and Tilzer, JJ.